Stephanie TYLER, Appellant,

v.

ALTER & ALVAREZ, Catalina Alvarez, and Laurence Alter, Respondents.

No. WD 75516.

Missouri Court of Appeals, Western District.

June 18, 2013.

Kirk D. Holman, Kansas City, MO, for Appellant.

James C. Morrow, Kansas City, MO, for Respondents.

Peggy A. Wilson, Kansas City, MO, for Respondents.

Before: GARY D. WITT, P.J., THOMAS H. NEWTON, and MARK D. PFEIFFER, JJ.

ORDER

PER CURIAM:

Ms. Stephanie Tyler appeals the dismissal of a petition for damages against Alter & Alvarez, Ms. Catalina Alvarez, and Mr. Laurence Alter.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).

Petti JONES, Plaintiff–Appellant,

v.

Calvin Gene BUCK, Defendant– Respondent.

No. SD 32004.

Missouri Court of Appeals, Southern District, Division Two.

June 25, 2013.

